# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 17-11612-JKF

MICHELLE E. MORAN

2991 Mercer Street

Philadelphia, PA 19134

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
MICHELLE E. MORAN

2991 Mercer Street

Philadelphia, PA 19134

**Counsel for debtor(s), by electronic notice only.**
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 5/22/2017

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee