# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-11612-JKF

MICHELLE E. MORAN

2991 Mercer Street

Philadelphia, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHELLE E. MORAN

2991 Mercer Street

Philadelphia, PA 19134

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

Date: 7/31/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee