**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: MICHELLE MORAN,<br><br>                      Debtor(s). | Case No. 17-11612-mdc<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ____9th____ day of ____November____, 201_7_, upon consideration of

the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$4,500.00** are approved and the

balance due to counsel in the amount of **$3,500.00** shall be disbursed in accordance with the Chapter 13

plan.

BY THE COURT

_Magdeline D. Coleman_
_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

MICHELLE MORAN
Debtor(s)
2991 Mercer Street
Philadelphia, PA  19134