United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11612-mdc
Michelle E. Moran                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 1    Date Rcvd: Nov 09, 2017
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2017.
db             +Michelle E. Moran,    2991 Mercer Street,    Philadelphia, PA 19134-4906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC
       bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
       bkgroup@kmllawgroup.com
      MICHAEL A. CATALDO2    on behalf of Debtor Michelle E. Moran ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      MICHAEL A. CIBIK2    on behalf of Debtor Michelle E. Moran ecf@ccpclaw.com,
       igotnotices@ccpclaw.com
      PETER E. MELTZER    on behalf of Creditor    OneMain Financial of Pennsylvania, Inc.
       bankruptcy@wglaw.com, state@wglaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: MICHELLE MORAN,
              Debtor(s).

Case No. 17-11612-mdc

Chapter 13

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this ___9th___ day of ___November___, 201_7_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$4,500.00** are approved and the balance due to counsel in the amount of **$3,500.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

MICHELLE MORAN
Debtor(s)
2991 Mercer Street
Philadelphia, PA  19134