United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-11612-mdc
Michelle E. Moran                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR          Page 1 of 2           Date Rcvd: Jan 25, 2018
                       Form ID: pdf900        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2018.
db          +Michelle E. Moran,    2991 Mercer Street,    Philadelphia, PA 19134-4906
13883235    +Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
              Salt Lake City, UT 84130-0285
13883238    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,
              S Louis, MO 63179-0040
13883241    +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13883242    +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13883244    +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13975054    +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13883247     PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
13883249    +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122,
              Attention: Bankruptcy Dept. 3f 19122-2806
13908263    +Peter E. Meltzer, Esquire,    WEBER GALLAGHER SIMPSON STAPLETON,    FIRES & NEWBY, LLP,
              c/o One Main Financial of Pa,    2000 Market Street, 13th Floor,    Philadelphia, PA 19103-3204
13883250    +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
13883251    +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13900492    +TD BANK USA, N.A.,    C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
13883254    +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
13883255    +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
              Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jan 26 2018 01:49:28     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 26 2018 01:49:00
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 26 2018 01:49:26     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: cbp@onemainfinancial.com Jan 26 2018 01:50:11
              OneMain Financial of Pennsylvania, Inc.,    PO Box 3251,    Evansville, IN 47731-3251
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:49:56     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13883239     E-mail/Text: bankruptcy@phila.gov Jan 26 2018 01:49:27     City Of Philadelphia,
              Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13883240     E-mail/Text: bankruptcy@phila.gov Jan 26 2018 01:49:27     City of Philadelphia,
              Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13977667     E-mail/Text: bankruptcy@phila.gov Jan 26 2018 01:49:28     City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13883236    +E-mail/Text: ecf@ccpclaw.com Jan 26 2018 01:48:48     Cibik & Cataldo, P.C.,
              1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13883243     E-mail/Text: cio.bncmail@irs.gov Jan 26 2018 01:48:52     I.R.S.,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
13902041    +E-mail/Text: camanagement@mtb.com Jan 26 2018 01:48:57     Lakeview Loan Servicing, LLC,
              C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
13883245     E-mail/Text: camanagement@mtb.com Jan 26 2018 01:48:57     M & T Bank,    Po Box 844,
              Buffalo, NY 14240
13898841     E-mail/PDF: cbp@onemainfinancial.com Jan 26 2018 01:50:03     ONEMAIN FINANCIAL,
              P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
13883246    +E-mail/PDF: cbp@onemainfinancial.com Jan 26 2018 01:50:03     OneMain,    Attn: Bankruptcy,
              601 NW 2nd St,    Evansville, IN 47708-1013
13954053     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 02:09:44
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13880485    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 26 2018 02:09:44
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13883248     E-mail/Text: bankruptcygroup@peco-energy.com Jan 26 2018 01:48:56     Peco Energy,
              2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
13883253    +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2018 01:49:56     Synchrony Bank/HH Gregg,
              PO Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13900890     Brian C. Nicholas, Esquire,    Thomas Puleo, Esquire,    c/o Lakeview Loan Servicing LLC,
              KML Law Group, P.C.,    701 Market Street, Suite 5000 Philadelph

```
District/off: 0313-2           User: DonnaR                  Page 2 of 2                   Date Rcvd: Jan 25, 2018
                               Form ID: pdf900               Total Noticed: 33

13883237*       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
13883252*       +Police And Fire Fcu,    901 Arch Street,    Philadelphia, PA 19107-2495
                                                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2018 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LakeView Loan Servicing, LLC
               bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Michelle E. Moran ecf@ccpclaw.com,
               cataldomr70146@notify.bestcase.com
              MICHAEL A. CIBIK2    on behalf of Debtor Michelle E. Moran ecf@ccpclaw.com,
               cibikmr70146@notify.bestcase.com
              PETER E. MELTZER    on behalf of Creditor    OneMain Financial of Pennsylvania, Inc.
               bankruptcy@wglaw.com,    state@wglaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE E. MORAN                                          Chapter 13

                    Debtor                    Bankruptcy No. 17-11612-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___25th___ day of ___January___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
MICHELLE E. MORAN

2991 MERCER STREET

PHILADELPHIA, PA 19134